**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FRIENDS OF THE DELAWARE RIVER LLC,**<br>**Plaintiff,**<br>**v.**<br>**MARTELLIS METAL FABRICATION, INC.,**<br>**Defendant.** | **CIVIL ACTION NO. 25-5806** |

**ORDER**

**AND NOW**, this 24th day of August 2026, upon consideration of Defendant's Motion to Dismiss, Plaintiff's Response thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that Defendant's Motion to Dismiss [Doc. No. 7] is **DENIED**. Defendant's Answer is due no later than **21 days** from the docketing of this Order.

It is **so ORDERED**.

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**