**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **FRIENDS OF THE DELAWARE RIVER LLC,**<br>**Plaintiff,**<br>**v.**<br>**MARTELLI'S METAL FABRICATION, INC.,**<br>**Defendant.** | **CIVIL ACTION NO. 25-5806** |

**ORDER**

**AND NOW,** this 10th day of November 2026, upon consideration of the parties' letter Stipulation to Dismiss this Action with Prejudice, attached hereto, it is hereby **ORDERED** as follows:

1. This action is **DISMISSED WITH PREJUDICE**.
2. The parties agree that no claims that the United States may have are being released herein.
3. No other consideration has been exchanged between the parties outside the mutual agreement to dismiss this action with prejudice.
4. Each party shall bear its own fees and costs.

It is so **ORDERED.**

**BY THE COURT:**

**/s/ Cynthia M. Rufe**

**CYNTHIA M. RUFE, J.**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRIENDS OF THE DELAWARE RIVER LLC,<br><br>Plaintiff,<br>vs.<br><br>MARTELLI'S METAL FABRICATION, INC.,<br><br>Defendant. | **Civil No.: 2:25-cv-05806-CMR**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: October 8, 2025 |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiff Friends of the Delaware River LLC ("Plaintiff") and Defendant Martelli's Metal Fabrication, Inc. ("Defendant") (together, Parties), by and through their respective counsel of record, stipulate to the following:

WHEREAS, on October 8, 2025, Plaintiff filed this action against Defendant alleging violations of the Federal Water Pollution Control Act (the "Clean Water Act" or "CWA"), 33 U.S.C. § 1251, et seq. (Dkt 1);

WHEREAS, on December 24, 2025, Defendant filed a Motion to Dismiss Plaintiff's Complaint (Dkt 7) and on January 14, 2026, Plaintiff filed an Opposition to Defendant's Motion to Dismiss and supporting documents attached thereto (Dkt 9);

WHEREAS, on August 24, 2026, the Court denied Defendant's Motion to Dismiss Plaintiff's Complaint (Dkt 11);

WHEREAS, on October 29, 2026, Defendant filed a Motion for Judgment on the Pleadings (Dkt 21);

WHEREAS, the Parties have agreed to dismiss this action with prejudice;

WHEREAS, the Parties have agreed to bear their own fees and costs incurred in connection with this action;

WHEREAS, no monetary consideration has been exchanged between the Parties;

WHEREAS, Plaintiff has served a copy of this stipulation on the Department of Justice;

WHEREAS, the Parties agree to the entry of the dismissal order in the form reflected in **Exhibit 1**; and

WHEREAS, the Parties agree that entry of an order of dismissal with prejudice will resolve this litigation in full.

NOW, THEREFORE, and effective upon entry of the dismissal with prejudice, it is hereby stipulated that:

1. This action is dismissed with prejudice.

2. No claims that the United States may have are being released herein.

3. No other consideration has been exchanged between the parties outside the mutual agreement to dismiss this action with prejudice.

4. Each Party shall bear its own fees and costs.

The Parties respectfully request the Court dismiss this action with Prejudice.

Respectfully submitted,

DATED: November 10, 2026

VAN DER VEEN HARTSHORN & LEVIN

By: */s/ Michael Troiani*
Michael Troiani

Attorneys for *Defendant*

DATED: November 10, 2026

BRODSKY SMITH

By: */s/ Marc L. Ackerman*
Marc L. Ackerman

Attorneys for *Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRIENDS OF THE DELAWARE RIVER LLC,<br><br>Plaintiff,<br>vs.<br><br>MARTELLI'S METAL FABRICATION, INC.,<br><br>Defendant. | **Civil No.: 2:25-cv-05806-CMR**<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: October 8, 2025 |

Upon consideration of the parties Stipulation to Dismiss this Action with Prejudice,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. This action is dismissed with prejudice.

2. The parties agree that no claims that the United States may have are being released herein.

3. No other consideration has been exchanged between the parties outside the mutual agreement to dismiss this action with prejudice.

4. Each party shall bear its own fees and costs.

DATED: By: ______________________________

Cynthia M. Rufe
United States District Judge